Good morning. As I said, I'm Thomas Jordan. I'm a faculty member at the University of Michigan. This is my first time here. I'm a very good friend of the faculty. I'm a very good investor in the students. I'm a very good investor in the students. I'm a very good investor in the students. These are all the docs that we've been using. There's some of these on the screen. These are already reviewed for the course. We have the volume series for the faculty. I am a faculty member. This is a very interesting case because it's essentially a case This is a very interesting case because it's essentially a case in which there's a court hearing. There's a nurse who is not made in court, who is a part of the hearing. She has to be a lead juror. She is a part of the hearing. She goes back 45 days. She goes back 45 days. She says, well, I'm going to be statues. I'm going to be statues. They say, she has those years. They say, she has those years. There's all sorts of ways that you can be statues. There's all sorts of ways that you can be statues. So that's essentially the context of the case. The question before the court is whether it's properly dismissed or whether it's not as a real life. And whether that's appropriate. We did not see that. We did not see that it was. First of all, we are under the impression that there are potential jurisdictions in this case. First of all, based on the conditions that were presented, we believe that the way to respond to their policies was to respond to the conditions that were presented. So you did get the press release out that there was no actual jurors. There was no jury report. There was no jury report. It was just a quiet reply. It was just a quiet reply. It was just a quiet reply. It was just a quiet reply. I think that's right. My case, her case, were non-judicial system that was set up. There was no jury report. There was no jury report. There was no jury report. We believe that the way to respond to their policies was to respond to the conditions that were presented. I think that's right. I think that's absolutely right. That's not an acceptable rule. So, you're right that if there is interpretation required, then that would be something to approve. I don't want to lose my mind. So, this is the conclusion. So, I think that's a good point. I think that's a good point. I think that's a good point. I think that there's a two-days, seven-months, or 45-days period after the end of the 45 days, there's something else to be thought about. In any sense, we believe that this part of the labor process is responsible. It's not part of it. And that's what's basically being said. This is what's owed in court. So, as a result of the interpretation, you know, we do think that this is the most efficient practice for the client families to have. In court, right, a number of issues have come to the table. It's been posted here. And we believe that that's what we do. And that puts us in a comfort. So, I think that's something that's up to the two-days, seven-months, or 45 days, or possibly 45. And so, I think we all have to be very thoughtful in terms of the reasons for that. I think the final outcome is that it is good for the client to be in court for two years. That's not good. We have to be consistent with that. We want to support the best form of treatment for the client. We want to be the best in terms of the patient care. We need to provide real references. I think the final outcome is that we need to get our labor over in the two years. And we need to come to the conclusion that we're doing the right thing. So, that's what we're doing. We want to be the best in that step. I don't think we saw it. I don't believe that we used to. We didn't use to do that. We used to work. We used to work. We used to visualize. That's where we're at. So, I think the two-years, seven-months, or 45 days, or possibly 45. We need to be consistent with that. We want to be the best in terms of the patient care.  We need to be consistent with that. And I think the two-days, seven-months, or 45 days, or possibly 45. In terms of the interpretation of the, whether it was CTA, whether it was a parent, whether it was a nurse, whether it was a senior, whether it was a student, or whether it was an executive, and so on and so forth. That's why we need to be consistent with what we're saying. And, in part, these two-years, seven-months, or 45 days, or possibly 45 days, we want to create as much representation as necessary in terms of the three-months. We need to create a way for the patients to know that I am here to help them. And then, in part, what this means for the patient, what it might mean for the patient, is that it's not just a state of mind, but it's a sense of being here, and it's a sense of being here. And so, in the case of the diagnosis, most or most patients, this is the end goal, but the steps that we take during the process, for example, is to create a concept that the mind is understanding. So, we don't think that you go through this concept because you're independent of the intervention process. So, in the case of the 12-year context, which is a new reality, or a whole new way of supporting the intervention, the 45 days, whether it's a three-month day, or it's a full-time job, the 45 days will not end soon. We said that it would be part of the last 45 days, but it's actually the last two years. We have two years to go. So, I've got about 30 seconds on the clock. Let's get started. Good morning, Your Honors. I'm Chris Doyle. I'm a police corporate expert here, so I'm happy to represent some of the best centers in the country. My view of this case is absolutely different than that of Mr. Doyle's. In this case, it's about whether an employee requires being entitled to additional compensation in the form of extra shift credit, the overtime, extra shift credit. The exclusive source of that right is the Flemish Department of Immigration. It's under the state law. It's called statutory overtime. It's for extra shift credit. The source of that is the state's Flemish Department of Immigration. So, it's a case of whether an employee who's currently entitled under the Flemish Department of Immigration is certain that they agree to this arbitration process. My question is, as far as the facts, what facts do you have in which you choose a very self-explanatory question in which you choose a very self-explanatory question? Well, in part, because it's state law, you say, you're supposed to have done your search on how the institution works as well as to try to see if there's any way that you can make it work. And so, as far as state law, how does state law make sense to you? Does it make sense to you that you have to answer for your actions in which you seem to be saying that no matter what you do, because this is the source of your rights, you can't make it complete. So, part of you may say, well, you can't do anything because it's state law, but part of you is trying to tell me that I have to say something or say something. I don't know. I don't think so, because this is not a self-explanatory overtime. I'm searching for evidence. I don't know if you did this research. I'm searching for evidence. I'm trying to see if this is the source of your rights and your rights in which you are claiming that no state law prescribes you the services that you think that you are entitled to. You know, this is a conversation that I'm having and it's something that I'm trying to answer and I'm trying to say why I'm saying this. Why I'm saying this is because there are cases where there's still grievances, where you have, for example, a statutory overtime claim that makes you feel that you have a medical obligation to get a surgery or a surgery treatment and you're always trying to choose a patient that's much better than you. So what about a passport system like that folks have? And then there are serious cases of over-the-counter statutory overtime that makes you feel like you're subject to this. What do you think about this statute of bounds and how it goes up against? And then there's the notion that I don't understand why people actually use this. So how does this even relate to this document? So the fact that you're allowed to use this statute of bounds and you're allowed to use this statute of bounds will make it seem that you need a LIDADAS or a scratch card to be able to use your own document. So how is this different? The source of this state law is that there's no substantive right to use statutes that are in this case fraudulent. The case of the statute that's for us, section 52150, is the pale, egregious, unbreakable case that's too imposing. There's no state law right in this statute for us to impose. So this is a vast statute that's in the attributes of the statute   attributes of the statute. So the statute is not stated based on the actual statute. It is not in the statute. So why is it in the statute? That's why it's created because the statute is                          in the  of the statute. Thank you.
judges: Berzon, Watford, Soto